IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
February 19, 2015
Lyle W. Cayce
Clerk

No. 13-11052

───────────────────

D.C. Docket No. 4:12-CV-429

CONTENDER FARMS, L.L.P.; MIKE MCGARTLAND,

    Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,

    Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before JOLLY and JONES, Circuit Judges, and GODBEY*, District Judge.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed and vacated in part, and the cause is remanded to the District Court for entry of judgment for the Plaintiffs-Appellants.

───────────────────

*District Judge of the Northern District of Texas, sitting by designation.

IT IS FURTHER ORDERED that defendant-appellee pay to plaintiffs-appellants the costs on appeal to be taxed by the Clerk of this Court.